Chicago Gravel Company, appellant, v. Commonwealth Improvement Company, appellee. Gen. No. 27,044.

Action upon a contract for the sale of sand and gravel. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in this court at the October term, 1921. Reversed and judgment here. Opinion filed June 26, 1922.

Knapp & Campbell, for appellant; John R. Nicholson, of counsel. Arthur A. Sherrard, for appellee; Edward J. Lyons, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

Regenstein-Veeder Company, appellee, v. Samuel B. Panama and R. Kromer, trading as Panama & Kromer, appellants. Gen. No. 27,087.

Action for damages for breach of contract to purchase binder board. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Arthur C. Bachrach and Morris Kompel, for appellants. Adams, Follansbee, Hawley & Shorey, for appellee; Mitchell D. Follansbee and John E. Gavin, of counsel.

Mr. Presiding Justice Dever delivered the opinion of the court.

Albert A. Kraft, appellee, v. Oscar E. Brooks, appellant. Gen. No. 27,107.

Action for the use of premises. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed June 26, 1922.

E. Leslie Cole, for appellant. F. William Kraft, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

L. Appelman, appellee, v. Michaly Stern, appellant. Gen. No. 27,117.

Action for labor and materials furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George J. Cowing, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922.

William G. Thon, for appellant. No appearance for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.